**Order filed April 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00137-CV
_____

### ISAURA MORALES AND FRANCISCO TORO, Appellants

### V.

### KARLA VACA AS ATTORNEY-IN-FACT FOR ALBERTO L. VACA, Appellee

**On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 14-CCV-052415**

## O R D E R

Appellants' brief was due March 30, 2015**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **May 21, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM